Rafael RIVERA, Plaintiff–Appellant,

v.

Susan BRUNE, A.U.S.A. Dietrich Snell, A.U.S.A. Sharon Cohen Levin, D.E.A. Agent, David Dongilli, N.Y.C.P.D., Tom O'Flattery, N.Y.C.P.D., Jeffrey Beck, N.Y.S.P., Michael Brosnan, D.E.A. Agent, Richard, Demurjian, N.Y.S.P., William Dolson, N.Y.S.P., Kent Fullenweider, N.Y.C.P.D., Dennis Johnston, Miguel Monge, N.Y.C.P.D., Larry Mikoleski, N.Y.C.P.D., Craig Moruzzi, D.E.A. Agent, Nick Nargi, Agent, N.Y.S.P., Nick Olliquist, N.Y.S.P., Robert Robles, D.E.A. Agent, Odis Rousseau, N.Y.C.P.D., John Saager, N.Y.S.P., Bruce Stokes, N.Y.C.P.D., Jeff Termini, N.Y.C.P.D., James Woods, N.Y.C.P.D., Steven Walsh, Also known and unknown Agents, Defendants–Appellees.

No. 00–6213.

United States Court of Appeals, Second Circuit.

April 30, 2001.

Rafael Rivera, White Deer, PA, pro se.

Kathy S. Marks, United States Attorney's Office for the Southern District of New York; Mary Jo White, United States Attorney for the Southern District of New York, and Jeffrey Oestericher, Assistant United States Attorney, on the brief, for Federal appellees.

Jeffrey Weiss, Office of the Corporation Counsel of the City of New York; Michael D. Hess, Corporation Counsel of the City of New York, on the brief, for appellees Moruzzi and Saager.

Joseph Milano, Schwartz Levin & Milano, LLP, Purchase, NY, for appellee Mikoleski.

Present JACOBS, PARKER and KATZMANN, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be, and it hereby is, AFFIRMED.

Rafael Rivera, *pro se*, appeals Judge Rakoff's order granting defendants' motion for summary judgment and dismissing his complaint. We affirm for substantially the reasons stated in Magistrate Judge Katz's report and recommendation and the district court's order adopting the report and recommendation in its entirety. *See Rivera v. AUSA Susan Brune*, 97 Civ. 6423, March 28, 2000 (Rakoff, J.).